**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 24 Hour Fitness USA, Inc., | ) | No. CV 11-02418-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Monica Di Giuro, | ) | |
| Defendant. | ) | |

The court has before it defendant's 56-page response opposing petition to compel arbitration (doc. 16). This document is listed as an answer on the docket, but it functions as a response to a motion. "[T]he response including its supporting memorandum[] may not exceed seventeen (17) pages, exclusive of attachments." LRCiv 7.2(e)(1).

**IT IS ORDERED** that defendant shall have through and including April 30, 2012 to file a response to the petition to compel arbitration which complies with LRCiv 7.2(e)(1).

DATED this 23rd day of April, 2012.

/s/ Frederick J. Martone
Frederick J. Martone
United States District Judge